**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darrell RHAMES, Defendant–
Appellant.**

**No. 01–6125.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 30, 2001.

Decided April 16, 2001.

Darrell Rhames, pro se.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Darrell Rhames appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2241 (1994) after construing it as a motion to vacate or set aside his sentence pursuant to 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Rhames,* Nos. CR–97–217–S; CA–00–3749–S (D.Md. filed Jan. 3, 2001, entered Jan. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*